Blanche B. Bohlin, Appellee, v. LeRoy Jorgensen et al., Trading as Ollie R. Smile Realty Company, Defendants. Ollie R. Smile, Appellant.

Gen. No. 45,010.

Heard in the second division, first district, this court at the December term, 1949. Sladkey, Lanham, Olds & Swanstrom, for appellant; McCarthy, Toomey & Reynolds, for appellee; Frank A. McCarthy, John E. Toomey, and John J. Moran, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full. Opinion filed June 13, 1950; released for publication June 26, 1950.